# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

23-1757-SMY

~~Kendra W. O'Brien~~
Kendra W. O'Brien

*Plaintiff/Petitioner(s)*

v.

~~Defendants~~
Illinois Department Corrections
& White County Courthouse

*Defendant/Respondent(s)*

Case Number: _____

(Clerk's Office will provide)

☒ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)

☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act,
28 U.S.C. §§1346, 2671-2680, or other law

## I.   JURISDICTION

Plaintiff:

A.   Plaintiff's mailing address, register number, and present place of confinement.

#R79104
Decatur
Illinois Department of
Correction's
P.O. Box 3066
Decatur, IL. 62524

Defendant #1:

B.   Defendant    Illinois Department Correction    is employed as
(a)    (Name of First Defendant)

Decatur    prison / Wardens
(b)    (Position/Title)

with    Illinois    IDOC    1301   Concordia Ct. Springfield, Il.
(c)    (Employer's Name and Address)

62702 & Decatur prison P.O. Box 3066 Decatur, Il. 62524

At the time the claim(s) alleged this complaint arose, was Defendant #1
employed by the state, local, or federal government?  ☒ Yes   ☐ No

If your answer is YES, briefly explain: Think have tumor on
head & cancer back. prisoner had bad
I'm a state
seizure because strobe lights go
off everyday disabled & Dr. took
my medicine. Also said cases concurrent
weren't.

(Rev. 7/2010)

1

**Defendant #2:**

C.    Defendant <u>Judge Webb White Co. Court</u> is employed as
(Name of Second Defendant)

<u>judge</u>
(Position/Title)

with <u>Judge Webb    301 E. Main St</u>
(Employer's Name and Address)
<u>Carmi, IL. 62821</u>

At the time the claim(s) alleged in this complaint arose, was Defendant #2
employed by the state, local, or federal government?    ☑ Yes    ☐ No

If you answer is YES, briefly explain: Was in prison ignored every letter wrote trying appeal case Taking years longer because refused to read letters while was in Indiana.

**Additional Defendant(s) (if any):**

D.    Using the outline set forth above, identify any additional Defendant(s).

State Attorney Denton Aud
301 E. Main St. Carmi, IL.
62821

Tried date me turned him down touched me & tried rape me so threatened tell he use
(Rev. 7/2010) to be on 2 coke & what did gave me max something was innosent.

## II.    PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in state or federal court relating to your imprisonment?                    ☐ Yes    ☒ No

B.    If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>Failure to comply with this provision may result in summary denial of your complaint.</u>

    1.    Parties to previous lawsuits:
        Plaintiff(s):


        Defendant(s):


    2.    Court (if federal court, name of the district; if state court, name of the county):

    3.    Docket number:

    4.    Name of Judge to whom case was assigned:

    5.    Type of case (for example: Was it a habeas corpus or civil rights action?):

    6.    Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):


    7.    Approximate date of filing lawsuit:

    8.    Approximate date of disposition:

## III.    GRIEVANCE PROCEDURE

A.    Is there a prisoner grievance procedure in the institution? ☒ Yes    ☐ No

B.    Did you present the facts relating to your complaint in the prisoner grievance procedure?    ☒ Yes    ☐ No

C.    If your answer is YES,
   1.    What steps did you take?

   I grieved matters and was told will check into it.

   2.    What was the result?

   I'm still waiting to see Dr. & grieving it.

D.    If your answer is NO, explain why not.



E.    If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?    ☒ Yes    ☐ No

F.    If your answer is YES,
   1.    What steps did you take?

   They said grieve it.

   2.    What was the result?

   Nothing grieved it

G.    If your answer is NO, explain why not.



H.    Attach copies of your request for an administrative remedy and any response you received.  If you cannot do so, explain why not:

   I attached ones I have recieved back.

IV.    **STATEMENT OF CLAIM**

A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated.  Do not include legal arguments of citations.  If you wish to present legal arguments or citations, file a separate memorandum of law.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

I feel my constitutional rights were violated because have seizures they don't do anything to help me or stop strobe lights, refuse let me see Nerologist, have memory loss, & been having period had total hysterectomy. Prison doesn't care about your health or if die from seizure. I feel White County Court Judge Webb, & Denton Aud states attorney violated my constitutional rights because judge's brother use date niece beat her & state's attorney what he did me said didn't take plea's get 10 years, I got 11 anyway was denied to see motion discovery & my meranda rights when arrested & threatened even in jail. If talked still scared talk,

(Rev. 7/2010)                                    5

## V.    REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

I wish settlement for pain & suffering & habeaus corpus paper's. The deffendants to be held accountable for their crimes & have to pay & lawyer

## VI.    JURY DEMAND (*check one box below*)

The plaintiff ☐ does ☑ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: __5-15-23__
(date)

__P.O. Box 3066__
Street Address

__Decatur Il. 62524__
City, State, Zip

__Kendra O'Brien__
Signature of Plaintiff

__Kendra O'Brien__
Printed Name

__R79104__
Prisoner Register Number

_____
Signature of Attorney (if any)

```
MIME-Version:1.0
From:ilsd_nef@ilsd.uscourts.gov
To:ilsd_nef@localhost.localdomain
Bcc:
--Case Participants: Chief Judge Nancy J. Rosenstengel (daniel_ritter@ilsd.uscourts.gov,
deana_brinkley@ilsd.uscourts.gov, judge_rosenstengel@ilsd.uscourts.gov,
kristen_spina@ilsd.uscourts.gov, michele_parrish@ilsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<5229008@ilsd.uscourts.gov>
Subject:Activity in Case 3:22-cv-02685-NJR O'Brien v. Illinois Order
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Southern District of Illinois

### Notice of Electronic Filing

The following transaction was entered on 11/16/2022 at 11:25 AM CST and filed on 11/16/2022

| | |
|---|---|
| Case Name: | O'Brien v. Illinois |
| Case Number: | 3:22-cv-02685-NJR |
| Filer: | |
| Document Number: | 2 |

Docket Text:
NOTICE AND ORDER: The Court has received your Petition for Writ of Habeas Corpus. Your case number is 22-2685-NJR. Within 30 days of the entry of this Order, you are ORDERED to submit the $5.00 filing fee or a motion to proceed without prepayment of the filing fee. If you file a motion to proceed without prepayment of the filing fee, the Court must review your trust fund account statement for the six-month period immediately preceding the filing of this action. Thus, you must have the Trust Fund Officer at your facility complete the attached certification and provide a copy of your trust fund account statement (or institutional equivalent). If you fail to pay the filing fee or submit the motion to proceed without prepayment of the filing fee by the deadline, the case will be dismissed without prejudice for failure to prosecute. FED. R. CIV. P. 41(b); Sperow v. Melvin, 153 F.3d 780, 781 (7th Cir. 1998). All mail should be sent to: Clerk's Office, U.S. District Court, 750 Missouri Avenue, East St. Louis, IL 62201. Finally, you are advised that if your address changes, you must notify the Court within seven days of the change by filing a Notice of Change of Address. Failure to do so could result in the dismissal of your case. Signed by Chief Judge Nancy J. Rosenstengel on 11/16/2022. (jaj)

3:22-cv-02685-NJR Notice has been electronically mailed to:

3:22-cv-02685-NJR Parties and Attorneys without registered email addresses requiring notice by other means:

**COPY**

State of Illinois
In the Circuit Court of Judicial
Circuit #2    White County

Felony                                    Case #: 19CF140, 20CF:
People
  vs.
O'Brien, Kendra L. R79104

**FILED**
MAR 20 2023
CIRCUIT COURT
WHITE COUNTY

Notice to:
Clerk White County
301 E Main St. Carmi, IL. 62821

3-15-2023 I'm filing motion to appeal
the dismissal of post-conviction
on cases. There is grounds for
post-conviction because persuaded
to take plea on cases wasn't
one sold drugs co-defindant
was and lawyer was co-defindan
lawyer he got 2 years only. The
prison has no library so having
write motion on paper.

Kendra L. O'Brien
R79104  Kendra L. O'Brien
Decatur C.C.
P.O. Box 5066  Decatur IL 625

IN THE COUNTY OF _White_

CIRCUIT COURT OF ILLINOIS

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, | ) ) ) |
| Respondent- Appellee, | ) ) CASE NO. _2019-CF-140, 2020-CF-9_ |
| -vs- | ) ) |
| _Kendra L. O'Brien_ Petitioner- Appellant. | ) ) ) |
| | ) |

## PETITION FOR LEAVE TO APPEAL AND APPOINTMENT OF COUNSEL

I.

## PRAYER FOR LEAVE TO APPEAL

Comes now, petitioner, _Kendra L. O'Brien_ pursuant to Supreme Court Rule 315, and respectfully petitions this Court for leave to appeal from the decision of the Circuit Court, _Fifth_ District

Wherefore, your Petitioner respectfully requests this Honorable Court to grant her petition for leave to appeal.

/s/ _Kendra O'Brien_

P.O. BOX 3066
DECATUR, IL
62524

_[signature]_
NOTARY

IN THE CIRCUIT COURT FOR THE ___Second___ JUDICIAL COURT
___White___ COUNTY, ILLINOIS

Kendra L. O'Brien )
Petitioner or Plaintiff )
    )
v. )
State of Illinois. )    No. 2020 CF-000009 , 2019- CF- 000.140
Respondent or Defendant )

## ORDER OF HABEAS CORPUS AD TESTIFICANDUM

This matter came to be heard on a verified petition filed by ___Kendra O'Brien___, for the entry of an order requiring the production of (his/her) person at a (trial/hearing) scheduled in this case, the court having jurisdiction over the persons and the subject matter; and

It appearing to the court that the (Petitioner/Respondent) is entitled to the relief prayed for and that (he/she) is a poor person and is unable to pay the expense of bringing (his/her) person to court from the place of (his/her) confinement; it is therefore

ORDERED that the Illinois Department of Corrections and Warden ___Nerio___ , ___Decatur___ Correctional Center, are directed and commanded to produce the person of ___Kendra O'Brien___ before the Honorable ___Judge Scott Webb___ Judge of the Circuit Court, or any other judge who may be sitting in (his/her) stead, in the courtroom usually occupied by (him/her) as a courtroom in the ___White___ County Courthouse in ___Carmi___, Illinois, on _____ 20___, at _____ o'clock ___ m., to testify in this case; and it is

FURTHER ORDERED that no tender or payment of expenses or payment of expenses needs to be made or security given for such expenses, but it is

FURTHER ORDERED that the Sheriff of ___White___ County is hereby appointed and directed to serve a copy of this order upon the said ___Nerio___ Warden of the ___Decatur___ Correctional Center.

By the Habeas Corpus Law
Dated this _____ day of _____ 20___.


_____
Judge, Circuit Court

## CLERK'S CERTIFICATION

I hereby certify the above to be correct.

Dated: _____, 20___

_____
Clerk of the Circuit Court

SEAL

By _____
Deputy


THIS ORDER IS THE COMMAND OF THE CIRCUIT COURT AND VIOLATION THEREOF IS SUBJECT TO PENALTY OF THE LAW.


Form revised 11/1/01

IN THE

Circuit Court For The Second Judicial Court
White County, Illinois

Kendra L. O'Brien
**Plaintiff / Petitioner**
Vs.

State of Illinois
**Defendant / Respondent**

No. 2020-CF-000009, 2019-CF-000140

## PROOF / CERTIFICATE OF SERVICE

TO: Kendra O'Brien #R79104
Decatur C.C.
P.O. Box 3066
Decatur, Il. 62524

TO: Honorable Judge Webb
301 E. Main St.
Carmi, Il. 62821

PLEASE TAKE NOTICE that at: 3:00 AM/**PM** March 30, 2023,

I placed the documents listed below in the institutional mail at **DECATUR** Correctional Center, properly addressed to the parties listed below for mailing through the United States Postal Service.

P.O. Box 3066 Decatur, Il.
62524

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained is true and correct to the best of my knowledge and belief.

Dated: 3-30-2023

/s/ Kendra O'Brien
Name: Kendra O'Brien
IDOC No: R79104

**DECATUR Correctional Center**

PO Box 3066

Decatur, Illinois 62524

Notary



**AUTHORIZATION TO RELEASE / REQUEST INFORMATION**
State Form 46729 (R6 / 5-20)
INDIANA DEPARTMENT OF CORRECTION

---

CONFIDENTIAL

---

I, O'Brien, Kendra *(Please print)*, date of birth *(month, day, year)* 02·15·1982, DOC number 287847

Facility ROCKVILLE CORRECTIONAL FACILITY , Social Security number XXX-XX-6062 .

authorize the Department of Correction to ☑ release ☐ request  medical / mental health / facility records to / from:

Name of person / organization: Chief Administrative officer Illinois Prisoner Review Board

Address *(number and street,.city, state, and ZIP code)*:

I hereby authorize the above named provider to release the following confidential information:

☐ Physician / Provider's summary of my diagnosis, medications, treatments, prognosis and recent care

| | | |
|---|---|---|
| ☐ Admission | ☐ Discharge | ☑ Classification / Facility Records |
| ☐ X-Ray | ☐ Special Studies Reports | ☑ Operative Summary Reports |
| ☐ Laboratory Reports | ☐ Immunization History | ☐ HIV Test |
| ☐ Psychiatric Summary Report | ☐ Drug Treatment History and Counseling Reports | ☐ Dental Treatment Records. |
| | | ☐ Mental Health Records |

☐ Other Records

Dates *(month, day, year)*
From 11·01·22    To 1·30·23

When the Department of Correction requests information, mail to:

The information requested is recognized as confidential and will be used and maintained in the same manner as similar information created within the Department of Correction.

I understand that the information to be released may include HIV infection and drug / alcohol documentation. I ☑ certify ☐ do not certify that I have given my consent to release ~~HIV~~ ☑ drug / alcohol treatment records.

I certify that this request has been made voluntarily and that the information given above is accurate to the best of my knowledge. I understand that I may revoke this authorization at any time, except to the extent that action has already been taken to comply with it. I understand that this authorization will expire in three hundred sixty-five (365) days from the date of my signature, unless otherwise indicated.

I make this consent upon the premise that all disclosure made pursuant to the authority granted by this consent shall be accomplished by a written notice and shall be in accordance with all applicable federal and state laws, regulations and rules.

I understand that treatment, payment, enrollment in health program, or eligibility for benefits is not conditioned on signing this form.

I hereby release the health care provider and Department of Correction from any liability which may result from furnishing the information requested as authorized in this release.

I have read the above and foregoing consent for disclosure of confidential information and I do hereby acknowledge that I am familiar with and fully understand the terms and conditions of this consent.

| | |
|---|---|
| Signature of offender  Kendra O'Brien | Date *(month, day, year)* 1·17·22 |
| Signature of witness  Karen McDaniel | Date *(month, day, year)* 1·17·22 |

DISTRIBUTION: Offender Packet

**Institution Name, Address, & Telephone No.**

Rockville Correctional Facility
811 W 50 North
Rockville, IN  47872
(765)569-3178


**Release Supervision Agency**

**Report Created Date:**
11/22/2022
**Report Created By:**
McDaniel, Haven

**Report Reviewed Date:**
11/23/2022
**Report Reviewed By:**
Gray, Robin E.



11·28·22

P4A Evansville Parole District
5603 North Highway 41
Evansville  IN  47711

## Offender Reviewed

| 1. Offender's Name      (Last, First, M.I.) | 2. Affirmative Indicators | 3. Age and DOB |
|---|---|---|
| O'BRIEN , KENDRA L . | None for this offender | 40.7 |
| **DOC Number** 287847 | | 02/15/1982 |

## 4. Present Security/Custody Level:

Medium Security

## 5. Sentence Data

| Offense | County Cause# | Sentence Term | Suspended Term | Other/CC Term | PRD MRD | Release Type |
|---|---|---|---|---|---|---|
| Dealing In Methamphetamine | Daviess 14D01 2108 F2 000998 | 00-00-05400 | 00-00-00000 | 00-00-00000 | 09/23/32 06/04/36 | |

## 6. Detainers/Pending Charges

| Cause No | County | State | Type | Comments |
|---|---|---|---|---|
| 2019CF140 | White | IL | D | Sentenced 7-19-21 To 3 Years Doc For Agg Battery(F3). Ae          Contact Prior To Release.Kj |
| 2021CF107 | White | IL | D | Warrant Issued 8-9-21 For Escape(Fel). Conf Recd/Will Ext.  Ae          Sent Iad Paperwork To State'S Attorneys Office    Sentenced To 6 Yrs. Cons To Idoc. Bs/Rtc |
| 2020CF9 | White | IL | D | Sentenced 7-19-21 To 5 Years Doc & 1 Yr Mandatory Supervised Release For          Meth Delivery(F1).  Ae |



Warden Niero,& Warden Williams,                    4-27-23

   I'm  writing  you  in regards  to
see  if  you  can  help  me  with  a
couple  matters. The  first  matter  is
the  fact  that  was  sentenced  to
IL.  IDOC  in  2021  to  5&3 years
ran consecutive July  2021 got
furlow  ride  didn't  show  up  and
didn't  make  it  back  to  turn
self  in  so  got  scared because
judge  said  if  don't  make  it
back  get  10  more  years. I  was
Talking  to  lawyer  at  Wal-mart
to  send  money  so  lawyer  be
paid  and  heading  to  turn  self
in  when  got  arrested  at  wal-mart
for  warrent  for  failure  to
turn  self  in  for  furlow. I
was  in  INdiana  when  got
searched  found  drugs  never
read  me  right  anything  why
got  lesser  sentence  but  I  signed
papers  to  be  extradited  to
ILl  when  was  arrested
should  have  been  brought  to
IL.  was  told  when  took  plea
IN.  would  .come  IL.  do  time
first but  wasn't. I  was  even

brought to IL. on Writ Sept. 2022 to be sentenced on failure to appear on furlow charge and sentenced to 6 more years. I was told couldn't run my 5& 3 years concurrent with IN. because was sentenced in Illinois first or consecutive with Indiana only Indiana with it but could run the 6 year sentence consecutive with Indiana because sentenced after Indiana. So by law my sentence should have time did in Indiana counted off of 5&3 year sentence got before Indiana time and time on 6 years since jail time counted while was there should count time done after that also from Sept. 2022. I have 5½ years can't get in school nothing got so long didn't get day's because lack program. I have completed drug program, taught groups re-entry, 12 steps, was cirtifed suicide companion mentor, & crew leader. I did all this

while was locked up in Indiana IDOC. I'm a different person now didn't get day's all by choice there and chose better my life now come here can't do anything feel like being punished all over again for doing good. There's no programs I enjoyed mentoring helping woman recover and get past their demons better their lives. It showed me we need that and to learn how to beat our addictions & people to be there if need it. My parents are in late 70's dad has cancer they need me plus have 21 yr. old son who's cop now married baby on way & 11 yr. old son with my mom she's getting where can't work. I'm all they got lost husband their dad suicide 4 yrs. ago when I got on drugs lost it. I've got my family back and just want help get my day's so can go home to family all they have and until

then would love to go e-wing or help start some programs help these woman. In a way wish would've stayed at Logan so could get into westcare now and dog program allot these woman don't want change so short sentence and no programs help them see change and long timers here now from Logan mean to new comers run this prison it's just allot after doing years in Indiana having start over here with 11 years 50% and not wanting count Indiana time for some reason nobody will listen or asplain why to me and until at 3 years can't do anything all done don't count can't even get edsc day's. Thanks please come talk to me. God Bless you both for reading this atleast.

Kendra O'Brien
#R79104   Gwing

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

Illinois-Federal/State Concurrent Sentences
Form I

October 28, 2022

Indiana Department of Corrections
Rockville Correctional Facility
811 W. 50 N.
Rockville, IN 47872

RE:  Kendra O'Brien
Your No. 287847
Illinois Register No. R79104
Illinois Indictment No. 20CF140, 20CF9, 20CF107
Crime/Sentence:  Agg Batter/Public Place; Meth Delivery/5<15grams; Escape

Dear Sir:

The above named is serving an Illinois sentence from the County of White, Illinois.  According to the court order in the above case, the Illinois sentence is concurrent with the sentence being served in your state.

In order to complete our records and to facilitate proper disposition of the inmate's sentence, we are requesting that you provide us with the following information:

1. Mounted Photograph (2)
2. Fingerprint card (2)
3. Social History and Institutional Adjustment
4. Inmate's Projected Release Date

According to time calculations, the inmate's earliest projected release date on the Illinois sentence is 3-7-2038.  If the inmate is to be released from your custody prior to that date, we would request that notification be sent to the Sheriff of White county, at least sixty (60) days in advance of the release date, for purposes of apprehension, and that a copy of the notification be sent to this correctional facility.

Thank you for your cooperation in this matter.

Sincerely,

Chief Administrative Officer

Cc:    Illinois Prisoner Review Board
        Inmate
        Committing Court
        Sheriff of Committing County
        Transfer Coordinator

DC-1314(5/92)
IL 426-17164

**This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.**

| STATE OF ILLINOIS, CIRCUIT COURT _____ COUNTY | APPLICATION FOR WAIVER OF COURT FEES | *For Court Use Only* |
|---|---|---|

| | |
|---|---|
| **Instructions ▾** | |
| Directly above, enter the name of the county where the case was filed. | *People of Illinois*  <br> **Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter the name of the person who started the lawsuit as Plaintiff/Petitioner. | |
| Enter the name of the person being charged as Defendant/Respondent. | v. |
| Enter the Case Number given by the Circuit Clerk or leave this blank if you do not have one. | *Kendra L. O'Brien*  <br> **Defendant /Respondent** *(First, middle, last name)*  <br><br> **Case Number** |

**NOTE:** If you are completing this form on behalf of a minor or an incompetent adult, provide that person's information on this form instead of your own information.

Pursuant to **Illinois Supreme Court Rule 298** and **735 ILCS 5/5-105**, I state:

In 1a, enter your full name.

In 1b, only enter the year you were born. DO NOT enter your entire date of birth.

In 1c, enter your complete current address.

1. **I believe I cannot afford to pay the court fees in this case and I am providing the following information about myself:**

   a. Name: *Kendra*        *Lyn*        *O'Brien*
              *First*         *Middle*       *Last*

   b. Year of Birth: *2/15/1982*

   c. Street Address: *P.O. Box 3066*
         City, State, ZIP: *Decatur, IL. 62524*

In 2a, enter the number of people age 18 and older living in your house who you support. Support means that the people rely on you financially.

2b, enter the number of people under age 18 living in your house who you support.

2. **I am providing the following information about people who live with me:**

   a. I support _____ adults *(not counting myself)* who live with me.

   b. I support _____ children under 18 who live with me.

3, check "Yes" if you are currently receiving 1 or more of the benefits listed below.

If you check "Yes" in 3, skip 4 and sign the form. You do not have to complete 4.

3. **I am receiving 1 or more of the benefits listed below:**

   ☐ Yes   ☒ No

   - Supplemental Security Income (SSI) (Not Social Security)
   - Aid to the Aged, Blind and Disabled (AABD)
   - Temporary Assistance to Needy Families (TANF)
   - SNAP (Food Stamps)
   - General Assistance (GA), Transitional Assistance, or State Children and Family Assistance

   **\*\*If you answered "Yes" in section 3, you qualify for a fee waiver under 735 ILCS 5/5-105(a)(2)(i) and (b)(1). You can skip section 4 and sign the form.\*\***

WA-P 603.4 (1/19)

Page 2 of 3

Enter the Case Number given by the Circuit Clerk:

**4.** I checked "No" in section 3, so I am providing the following financial information:

a.  I have a pending application for 1 or more of the benefits listed in section 3:
    ☐ Yes    ☒ No

In 4a, check "Yes," if you have applied for at least 1 of the benefits listed in section 1.

b.  I received the following money in the past month. *(check all that apply)*
    ☒ My employment:    $ 15
    ☐ Child support:    $
    ☐ Social Security (not SSI):    $
    ☐ Unemployment    $
    ☐ Pension:    $
    ☐ Money from other household members:    $
    ☐ Other *(list type and amount)*:    $
                                          $
    ☐ No income
    Total of all money received in the past month:    $ 15

In 4b, check the box for each type of money you have received in the past month. Also enter the gross (before taxes) amount for each type.

Under Other in 4b and 4c, include any money received from family or friends.

c.  I received the following total amount of money in the past 12 months. *(check all that apply)*
    ☒ My employment:    $ 15
    ☐ Child support:    $
    ☐ Social Security (not SSI):    $
    ☐ Unemployment:    $
    ☐ Pension:    $
    ☐ Money from other household members:    $
    ☐ Other *(list type and amount)*:    $
                                          $
    ☐ No income
    Total of all money received in the past 12 months:    $ 15

In 4c, check the box for each type of money you have received in the past 12 months. Also enter the gross (before taxes) amount for each type.

d.  My current monthly debts and expenses are listed below. *(check all that apply)*
    ☐ Rent:    $    per month
    ☐ Home Mortgage:    $    per month
    ☐ Other Mortgage:    $    per month
    ☐ Utilities:    $    per month
    ☒ Food:    $ 15    per month
    ☐ Medical:    $    per month
    ☐ Car Loan:    $    per month
    ☐ Childcare:    $    per month
    ☐ Child Support:    $    per month
    ☐ Other expenses not listed above *(list type and amount)*:
    ☒ Other debts not listed above *(list type and amount)*:    Fine
                                          $
                                          $ 286.00
    ☐ I have no expenses.
    Total of all expenses:    $ 15    per month

In 4d, check all of your debts and expenses for the past month and list the amount of money you pay each month for that expense.

Enter the Case Number given by the Circuit Clerk: _____

e.   **I have the belongings listed below.** *(check all that apply)*

☐ Bank accounts and cash totaling: $ _____

☐ Home worth: $ _____

   The total I owe on my home mortgage is: $ _____

☐ Other real estate, not including the house I live in, worth: $ _____

   The total I owe on my other mortgage is: $ _____

☐ 1st vehicle worth: $ _____   The 1st vehicle is paid off: ☐ Yes ☐ No

☐ 2nd vehicle worth: $ _____   The 2nd vehicle is paid off: ☐ Yes ☐ No

☐ Other *(list items and value)*: _____  $ _____

☒ None of the above

In 4e, check all of the items owned by you and list the value of each item. If you own real estate, include the total you owe on any mortgage.

Under Illinois Supreme Court Rule 137, your signature means that you have read the document, that to the best of your belief, it is true and correct and that you are not filing it for an improper purpose, such as to cause delay.

/s/ *Kendra O'Brien*
**Your Signature**

*Kendra O'Brien*
**Print Your Name**

*self*
**Relationship to Minor or Incompetent Adult (if applicable)**

P. O. Box 3066
**Street Address**

Decatur, IL. 62524
**City, State, ZIP**

_____
**Telephone**

If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name. Enter your complete current address and telephone.

If you are filling out this form for a minor or incompetent adult, sign and print your name and state your relationship to that person. Enter your complete current address and telephone number.

**GETTING COURT DOCUMENTS BY EMAIL:** If you agree to receive court documents by email, check the box below and enter your email address. You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information or notice of court dates. Other parties may still send you court documents by mail.

☐ I agree to receive court documents at this email address during my entire case.

_____
**Email**

WA-P 603.4

(07/19)

State of Illinois

## In the Circuit Court of Judicial Circuit #2

## White County

Felony
PEOPLE
VS.
O'BRIEN, KENDRA L R79104

P 001
D 001

Case number: 2019-CF-000140

Notice to:

**O'BRIEN, KENDRA L R79104**
DECATUR CORRECTIONAL CENTER PO BOX 3066          DECATUR, IL 62524-0000

Take notice that the following entries were made on the above-titled case:

03/08/2023 THE COURT DISMISSES DEFENDANT'S MOTION TO REDUCE SENTENCE FILED ON     TSW
2/23/23 AS THERE IS A POST CONVICTION PETITION PENDING THAT WAS FILED
ON 2/10/23. SAID POST-POST CONVICTION PETITION WAS FILED ON
2/15/23. ADDITIONALLY, MORE THAN 30 DAYS HAS ELAPSED SINCE THE ENTRY
OF JUDGMENT IN THIS CASE AND THE MOTION TO REDUCE SENTENCE IS
UNTIMELY. CLERK TO SEND COPY OF THIS ENTRY TO DEFENDANT.
THE COURT REVIEWS DEFENDANT'S PRO SE POST-CONVICTION PETITION FILED
ON 2/10/23 AND RULES AS FOLLOWS. THE DEFENDANT MAKES GENERAL,
CONCLUSORY ALLEGATIONS, MANY OF WHICH ARE NOT BASED UPON
CONSTITUTIONAL CLAIMS. FOR INSTANCE, DEFENDANT CLAIMS THAT SHE WAS
"OUT FOR 2 YEARS ON AN OPEN PLEA AND DOING GOOD MADE [T]O[SIC. DO
PROBATION, TAKE DRUG TESTS, ETC.", THEN SENTENCED TO MAX. THOSE ARE
NOT CONSTITUTIONAL CLAIMS. WITH RESPECT TO THE REMAINING CLAIMS, THE
DEFENDANT OFFERED NO AFFIDAVIT EXPLAINING THE CONCLUSORY CLAIMS SET
FORTH IN THE PETITION. TO THIS END, THE COURT HEREBY DISMISSES THE
DEFENDANT'S POST-CONVICTION PETITION AS FRIVOLOUS AND PATENTLY
WITHOUT MERIT. CLERK TO SEND COPY OF THIS ENTRY TO DEFENDANT.

/s/KELLY L FULKERSON, Circuit Clerk (ARL)

Circuit Clerk, KELLY L FULKERSON

This notice mailed on Wednesday, March 8, 2023.

Deputy _____

O'BRIEN, KENDRA L R79104          ARL
DECATUR CORRECTIONAL CENTER
PO BOX 3066
DECATUR, IL 62524-0000

## State of Illinois

## In the Circuit Court of Judicial Circuit #2

## White County

Felony
PEOPLE                                      P  001  }
VS.                                                }        Case number: 2020-CF-000009
OBRIEN, KENDRA L  R79104                     D  001  }

Notice to:

**OBRIEN, KENDRA L  R79104**
DECATUR CORRECTIONAL CENTER PO BOX 3066                    DECATUR, IL 62524-0000

Take notice that the following entries were made on the above-titled case:

03/08/2023  THE COURT REVIEWS DEFENDANT'S MOTION TO REDUCE SENTENCE FILED ON        TSW
2/10/23 AND MOTION TO REDUCE SENTENCE FILED ON 2/23/23 AND DISMISSES
BOTH AS THEY ARE UNTIMELY. CLERK TO SEND COPY OF THIS ENTRY TO
DEFENDANT.
THE COURT REVIEWS DEFENDANT'S PRO SE POST-CONVICTION PETITION FILED
ON 2/10/23 AND RULES AS FOLLOWS: THE DEFENDANT MAKES GENERAL,
CONCLUSORY ALLEGATIONS, MANY OF WHICH ARE NOT BASED UPON
CONSTITUTIONAL CLAIMS. FOR INSTANCE, DEFENDANT CLAIMS THAT SHE WAS
"OUT FOR 2 YEARS ON AN OPEN PLEA AND DOING GOOD MADE [TO]SIC. DO
PROBATION, TAKE DRUG TESTS, ETC...THEN SENTENCED TO MAX. THOSE ARE
NOT CONSTITUTIONAL CLAIMS. WITH RESPECT TO THE REMAINING CLAIMS, THE
DEFENDANT OFFERED NO AFFIDAVIT EXPLAINING THE CONCLUSORY CLAIMS SET
FORTH IN THE PETITION. TO THIS END, THE COURT HEREBY DISMISSES THE
DEFENDANT'S POST-CONVICTION PETITION AS FRIVOLOUS AND PATENTLY
WITHOUT MERIT. CLERK TO SEND COPY OF THIS ENTRY TO DEFENDANT.

/s/KELLY L FULKERSON, Circuit Clerk (ARL)

_____
Circuit Clerk, KELLY L FULKERSON

This notice mailed on Wednesday, March 8, 2023.

_____
Deputy

OBRIEN, KENDRA L  R79104                                              ARL
DECATUR CORRECTIONAL CENTER
PO BOX 3066
DECATUR, IL 62524-0000

## State of Illinois

## In the Circuit Court of Judicial Circuit #2

## White County

Felony
PEOPLE                         P   001    }
VS.                                    }    Case number: 2019-CF-000140
OBRIEN, KENDRA L  R79104      D   001    }

Notice to:

**OBRIEN, KENDRA L  R79104**
LOGAN CORRECTIONAL CENTER     RR #3  PO BOX 1000           LINCOLN, IL 62656-0000

Take notice that the following entries were made on the above-titled case:

02/06/2023 THE COURT HAS RECEIVED IN THE NEIGHBORHOOD OF 25 LETTERS FROM THE           TSW
           DEFENDANT OVER THE COURSE OF THE LAST FEW MONTHS. ALTHOUGH THE COURT
           HAS ATTEMPTED TO REVIEW THE VERACITY OF DEFENDANT'S CLAIMS, IT IS
           POSSIBLE THAT IT HAS OVERLOOKED A FEW GIVEN THE VOLUMINOUS NUMBER OF
           LETTERS RECEIVED. TO THAT END, THIS COURT DIRECTS THE DEFENDANT TO
           FILE ANY MOTIONS SHE WISHES TO HAVE HEARD BY THIS COURT. SAID
           MOTIONS SHALL BE FILED WITH THE CIRCUIT CLERK'S OFFICE AND NOT BE IN
           THE FORM OF LETTERS TO THIS COURT AS THIS COURT WILL NO LONGER REVIEW
           ANY FURTHER LETTERS FROM THE DEFENDANT. ANY FURTHER LETTERS RECEIVED
           FROM THE DEFENDANT WILL BE RETURNED
           CLERK TO SEND COPY OF THIS ENTRY TO DEFENDANT.

                                      /s/KELLY L FULKERSON, Circuit Clerk (KLF)

                                      Circuit Clerk, KELLY L FULKERSON

This notice mailed on Monday, February 6, 2023.

                                      Deputy

OBRIEN, KENDRA L  R79104                                 KLF
LOGAN CORRECTIONAL CENTER
RR #3  PO BOX 1000
LINCOLN, IL 62656-0000

## State of Illinois

## In the Circuit Court of Judicial Circuit #2

## White County

Felony
PEOPLE
VS.
OBRIEN, KENDRA L  R79104

P  001  }
D  001  }

Case number: 2020-CF-000009

Notice to:

**OBRIEN, KENDRA L  R79104**
LOGAN CORRECTIONAL CENTER     RR #3  PO BOX 1000                    LINCOLN, IL 62656-0000

Take notice that the following entries were made on the above-titled case:

02/06/2023  THE COURT HAS RECEIVED IN THE NEIGHBORHOOD OF 25 LETTERS FROM THE                    TSW
DEFENDANT OVER THE COURSE OF THE LAST FEW MONTHS.  ALTHOUGH THE COURT
HAS ATTEMPTED TO REVIEW THE VERACITY OF DEFENDANT'S CLAIMS, IT IS
POSSIBLE THAT IT HAS OVERLOOKED A FEW GIVEN THE VOLUMINOUS NUMBER OF
LETTERS RECEIVED.  TO THAT END, THIS COURT DIRECTS THE DEFENDANT TO
FILE ANY MOTIONS SHE WISHES TO HAVE HEARD BY THIS COURT.  SAID
MOTIONS SHALL BE FILED WITH THE CIRCUIT CLERK'S OFFICE AND NOT BE IN
THE FORM OF LETTERS TO THIS COURT AS THIS COURT WILL NO LONGER REVIEW
ANY FURTHER LETTERS FROM THE DEFENDANT.  ANY FURTHER LETTERS RECEIVED
FROM THE DEFENDANT WILL BE RETURNED.
CLERK TO SEND COPY OF THIS ENTRY TO DEFENDANT.

/s/KELLY L FULKERSON, Circuit Clerk (KLF)

Circuit Clerk, KELLY L FULKERSON

This notice mailed on Monday, February 6, 2023.

Deputy

OBRIEN, KENDRA L  R79104
LOGAN CORRECTIONAL CENTER
RR #3  PO BOX 1000
LINCOLN, IL 62656-0000

KLF

# State of Illinois

## In the Circuit Court of Judicial Circuit #2

### White County

Felony
PEOPLE
VS.
OBRIEN, KENDRA L  R79104

P  001  }
D  001  }

Case number:  2019-CF-000140

Notice to:

**OBRIEN, KENDRA L  R79104**
DECATUR CORRECTIONAL CENTER PO BOX 3066                    DECATUR, IL 62524-0000

Take notice that the following entries were made on the above-titled case:

02/06/2023  THE COURT HAS RECEIVED IN THE NEIGHBORHOOD OF 25 LETTERS FROM THE          TSW
            DEFENDANT OVER THE COURSE OF THE LAST FEW MONTHS.  ALTHOUGH THE COURT
            HAS ATTEMPTED TO REVIEW THE VERACITY OF DEFENDANT'S CLAIMS, IT IS
            POSSIBLE THAT IT HAS OVERLOOKED A FEW GIVEN THE VOLUMINOUS NUMBER OF
            LETTERS RECEIVED.  TO THAT END, THIS COURT DIRECTS THE DEFENDANT TO
            FILE ANY MOTIONS SHE WISHES TO HAVE HEARD BY THIS COURT.  SAID
            MOTIONS SHALL BE FILED WITH THE CIRCUIT CLERK'S OFFICE AND NOT BE IN
            THE FORM OF LETTERS TO THIS COURT AS THIS COURT WILL NO LONGER REVIEW
            ANY FURTHER LETTERS FROM THE DEFENDANT.  ANY FURTHER LETTERS RECEIVED
            FROM THE DEFENDANT WILL BE RETURNED.
            CLERK TO SEND COPY OF THIS ENTRY TO DEFENDANT.

/s/KELLY L FULKERSON, Circuit Clerk (ARL)

Circuit Clerk, KELLY L FULKERSON

This notice mailed on Monday, March 27, 2023.

Deputy

OBRIEN, KENDRA L  R79104                                                  ARL
DECATUR CORRECTIONAL CENTER
PO BOX 3066
DECATUR, IL 62524-0000

# State of Illinois

## In the Circuit Court of Judicial Circuit #2

## White County

Felony
PEOPLE
VS.
OBRIEN, KENDRA L  R79104

P  001  }
D  001  }

Case number: 2020-CF-000009

Notice to:

**OBRIEN, KENDRA L  R79104**
DECATUR CORRECTIONAL CENTER PO BOX 3066                    DECATUR, IL 62524-0000

Take notice that the following entries were made on the above-titled case:

02/06/2023  THE COURT HAS RECEIVED IN THE NEIGHBORHOOD OF 25 LETTERS FROM THE                    TSW
DEFENDANT OVER THE COURSE OF THE LAST FEW MONTHS.  ALTHOUGH THE COURT
HAS ATTEMPTED TO REVIEW THE VERACITY OF DEFENDANT'S CLAIMS, IT IS
POSSIBLE THAT IT HAS OVERLOOKED A FEW GIVEN THE VOLUMINOUS NUMBER OF
LETTERS RECEIVED.  TO THAT END, THIS COURT DIRECTS THE DEFENDANT TO
FILE ANY MOTIONS SHE WISHES TO HAVE HEARD BY THIS COURT.  SAID
MOTIONS SHALL BE FILED WITH THE CIRCUIT CLERK'S OFFICE AND NOT BE IN
THE FORM OF LETTERS TO THIS COURT AS THIS COURT WILL NO LONGER REVIEW
ANY FURTHER LETTERS FROM THE DEFENDANT.  ANY FURTHER LETTERS RECEIVED
FROM THE DEFENDANT WILL BE RETURNED.
CLERK TO SEND COPY OF THIS ENTRY TO DEFENDANT.

/s/KELLY L FULKERSON, Circuit Clerk (ARL)

Circuit Clerk, KELLY L FULKERSON

This notice mailed on Monday, March 27, 2023.

Deputy

OBRIEN, KENDRA L  R79104                                                        ARL
DECATUR CORRECTIONAL CENTER
PO BOX 3066
DECATUR, IL 62524-0000

received
3-27-23
20-CF-9
19-CF140            3-23-23

I'm writing in regards to
letter recieved stating my
motions on cases 19CF140 and
20CF9 where denied because
untimely and under Indiana
law while was in Indiana
only legal paperwork had
access to in order to file
any motions. When I file
them now you say untimely
and filed them then where
Indiana law so where is
the justice on me being
able to file any motions
on these two cases since
was locked up in Indiana
2 years until Dec. 2022, so
was unable to file motions
only by writing letters which
where disregarded. So I'm
requesting justice my time
to be counted served in
Indiana on sentenced and
these two cases since
should've been brought
here first to serve time
also for copy motion of

received

discovered   which   filed   motion
for   on   case   20 CF 9.   Thanks
please   set   court   date.


Sincerly,
Kendra O'Brien

Kendra O'Brien          R 29104

signed                  P.O. Box 3066
                        Decatur, Il. 62524

### State of Illinois

### In the Circuit Court of Judicial Circuit #2

### White County

Felony
PEOPLE                                      P   001   }
VS.                                                   }        Case number: 2019-CF-000140
OBRIEN, KENDRA L  R79104                     D   001   }

Notice to:

**OBRIEN, KENDRA L  R79104**
DECATUR CORRECTIONAL CENTER PO BOX 3066                    DECATUR, IL 62524-0000

Take notice that the following entries were made on the above-titled case.

03/15/2023  THE COURT REVIEWS DEFENDANT'S MOTIONS FILED ON 3/10/23 AND DENIES                TSW
            SAME AS THEY ARE UNTIMELY.  ADDITIONALLY, SEVERAL OF THE MOTIONS DO
            NOT EXIST UNDER ILLINOIS LAW AS THEY ARE INDIANA MOTIONS.  CLERK TO
            SEND COPY OF THIS ENTRY TO DEFENDANT.

/s/KELLY L FULKERSON, Circuit Clerk (ARL)

Circuit Clerk, KELLY L FULKERSON

This notice mailed on Wednesday, March 15, 2023.

Deputy

OBRIEN, KENDRA L  R79104                                          ARL
DECATUR CORRECTIONAL CENTER
PO BOX 3066
DECATUR, IL 62524-0000

# State of Illinois

## In the Circuit Court of Judicial Circuit #2

### White County

Felony
PEOPLE                              P  001  }
VS.                                        }        Case number: 2020-CF-000009
OBRIEN, KENDRA L  R79104            D  001  }

Notice to:

**OBRIEN, KENDRA L  R79104**
DECATUR CORRECTIONAL CENTER PO BOX 3066                DECATUR, IL 62524-0000

Take notice that the following entries were made on the above-titled case.

03/15/2023  THE COURT REVIEWS DEFENDANT'S MOTIONS FILED ON 3/10/23 AND DENIES        TSW
            SAME AS THEY ARE UNTIMELY.  ADDITIONALLY, SEVERAL OF THE MOTIONS DO
            NOT EXIST UNDER ILLINOIS LAW AS THEY ARE INDIANA MOTIONS.  CLERK TO
            SEND COPY OF THIS ENTRY TO DEFENDANT.

/s/KELLY L FULKERSON, Circuit Clerk (ARL)

Circuit Clerk, KELLY L FULKERSON

This notice mailed on Wednesday, March 15, 2023.

Deputy

OBRIEN, KENDRA L  R79104                                    ARL
DECATUR CORRECTIONAL CENTER
PO BOX 3066
DECATUR, IL 62524-0000

# *Public Defender of Indiana*

*One North Capitol, Suite 800*
*Indianapolis, Indiana 46204-2026*
*Telephone: (317) 232-2475*
*Facsimile: (317) 232-2307*

December 1, 2022

Rockville Correctional Facility
Ms. Kendra L. O'Brien, # 297847
811 West 50 North
Rockville, Indiana 47872

Dear Ms. O'Brien,

I am writing in response to your letters dated November 17, 2022 and November 22, 2022. I am also following up regarding our phone calls on Wednesday, November 23, 2022.

Thank you for bringing your concerns to my attention and for providing copies of the documents. As discussed, I contacted Illinois DOC to get more information and clarity about the documents you were given—specifically to see whether your Indiana sentence was impacted.

Illinois DOC stated that you currently have 3 sentences out of Illinois: one for 5 years; one for 3 years; and one for 6 years. They stated that your 5-year sentence and 3-year sentence are running concurrently with each other (so, 5 years) and your 6-year sentence is running consecutively to those sentences. So, you have an Illinois sentence for a total of 11 years. They stated you have to serve 50% of that sentence, which is 5.5 years.

Illinois DOC confirmed that your Illinois sentence and Indiana sentence are running **consecutively**, not concurrently. They stated you will do your Indiana sentence first and will then do your Illinois sentence once you have completed your Indiana sentence; this means your 11-year Illinois sentence will start after your Indiana sentence ends.

Illinois DOC stated that your out date in Illinois changed to March 7, 2038 due to them adding your consecutive 6-year sentence and indicating that your Indiana sentence is **not** counting in Illinois. They explained that they have you as being done with your Indiana sentence in September 2032. Your out date in Illinois is March 2038 because you have to serve 5.5 years in Illinois (50% of your 11-year sentence) after completing your Indiana sentence—March 2038 is approximately 5.5 years after September 2032. Essentially, your Illinois out date is based on your Illinois sentence picking up after your Indiana sentence ends.

Please be reminded that I do not represent you on your Illinois cases and I only represent you for your PCR case; I simply contacted Illinois DOC for clarification and

understanding in the event these documents impacted your Indiana case that I represent you on. With that in mind, nothing has changed regarding your Indiana sentence and PCR. Things are still moving as we discussed. I will be in touch with updates.

As asked, I am sending back copies of the documents that you sent me with your letters dated November 5, 2022 and November 22, 2022. Copies of everything are enclosed for your records.

As previously advised and discussed, please **do not** send any *pro se* pleadings, motions, or correspondence to the Court, prosecutor, or any witnesses—doing so could adversely impact your case.

Please feel free to call or write me if you have any questions. Any correspondence and letters you send will be added to your file, where I will review them.

Thank you and take care.

Sincerely,

/s/Shaniqua Loving
Deputy State Public Defender

SL/cmj
Enclosures: copy of documents sent with November 5, 2022 and November 22, 2022 letters

10/25/22   PAGE   2                                                                                    HJD

2021CF000107D 001
PEOPLE
VS.                                              AUD, DENTON
OBRIEN, KENDRA
-------------------------------------------------------------------------------------------------------
ENTERED   USER JDG CR   TEXT                                                              CHANGED USER
-------------------------------------------------------------------------------------------------------
                       paperwork and they ran out of time getting it completed in time for
                       court on Monday, July 25, 2022.  60 day continuance needed.
                       See email.

7/20/2022 KLF          PETITION FOR WRIT filed.
                       PETITION FOR WRIT filed.

7/21/2022 KLF  KLF     ORDER FOR ISSUANCE OF WRIT FILED.
                       Writ Of Habeas Corpus issued.

7/25/2022 ARL  ARL     Correspondence received from Defendant.
                       Correspondence mailed to defendant.

8/04/2022 ARL  ARL     Motion for Speedy Trial filed along with Certificate of Service,
                       Order for Speedy Trial and Notice for Entry of Appearance.
                       Change of Address Entered

9/21/2022 ARL          Motion hearing set for 09/26/2022 at 9:30 in courtroom B.

9/26/2022 ARL          Warrant served on 09/23/2022.
                       A/R added with total of $36.00.
                       Account Status Report generated.
          KLF          Account Status Report generated.
                       Account Status Report generated.
9/26/2022 TSW  TSW SV  DEFENDANT APPEARS IN CUSTODY OF INDIANA DOC WITH ATTORNEY SHINKLE.
                       SA APPEARS.  PLEA AGREEMENT:  6 YEARS IDOC, 3 DAYS CREDIT, $543 PLUS
                       ASSESSMENT, CONSECUTIVE TO 20CF9, DNA TESTING.
                       APPEAL RIGHTS GIVEN.
9/26/2022 KLF  KLF     Plea of Guilty and Waiver of Jury filed.
                       Judgment - Sentence to Illinois Dept of Corrections filed.
                       Order for Genetic Marker Groups (DNA) Blood Testing filed.
                       Financial Sentencing Order filed.
                       Copies given to defendant in open court.
9/26/2022 HJD          Clerk review DOC reset to 10/01/2029 at 8:00 in courtroom A.

9/28/2022 KLF  KLF     Letter to Judge Webb filed RE:  motion to withdraw / appeal
                       Judge Webb addressed appeal - Per Kendra O'brien no action to be
                       taken on appeal proceedings (all stated in open court)
9/28/2022 TSW  TSW SV  DEFENDANT IN CUSTODY WITH ATTORNEY SHINKLE.  SA APPEARS.  COURT HAD
                       DEFENDANT BROUGHT OVER FROM JAIL BASED UPON LETTER SHE SENT TO THE
                       COURT ALLUDING TO THE WITHDRAWAL OF HER GUILTY PLEA.  DEFENDANT
                       INFORMS COURT THAT SHE DOES NOT WANT TO WITHDRAW HER GUILTY PLEA.
                       INSTEAD, THE DEFENDANT DESIRES TO SERVE THE ILLINOIS' SENTENCES PRIOR
                       TO SERVING THE INDIANA SENTENCES.  HOWEVER, THIS COURT EXPLAINED TO
                       THE DEFENDANT THAT SHE MUST RETURN TO INDIANA PURSUANT TO THE
                       INTERSTATE COMPACT.

10/12/2022 GCW GCW     Correspondence received from defendant.
                       Correspondence mailed to defendant along with blank Notice of Appeal
                       and return envelope.

10/24/2022 HJD HJD     Correspondence received from Defendant.

10/25/2022 HJD HJD     FTC/FTA notice set for 10/25/2022 at 9:00 in courtroom A - to review
                       above correspondence.
10/25/2022 TSW TSW     COURT REVIEWS CORRESPONDENCE.  BASED UPON DEFENDANT'S PENDING APPEAL,
                       THIS COURT HAS NO JURISDICTION TO ADDRESS MATTER AT THIS TIME.  CLERK
                       TO SEND COPY OF THIS ENTRY TO DEFENDANT.

Kendra O'Brien # R79104
Decatur Correctional Center
P.O. Box 3066
Decatur, IL. 62524

Legal

Clerk of the Court
United States District Court
Southern District Court
750 Missouri Avenue
East St. Louis, IL.

Legal Mail

CORRESPONDENCE
FROM INMATE OF
IDOC

FIRST-CLASS

US POSTAGE
ZIP 62526
02 7W
0000802965

RECEIVED

MAY 25 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Legal Mail